1
2
3
4
5
6
7

```
                    FILED
              CLERK, U.S. DISTRICT COURT

                    4/27/2021

              CENTRAL DISTRICT OF CALIFORNIA
              BY: ___CW___ DEPUTY
```

8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA
10

11   JAMES RUTHERFORD, an individual,   Case No. 8:21-cv-00169-CJC-DFM
12
13       Plaintiff,                     **ORDER DISMISSAL WITH PREJUDICE (DKT. 29)**
14
15   v.
16   PHUBASS LIMSOMBAT, an individual; THANG QUANG PHAM, an individual; KATHY TRAM PHAM, an individual; and DOES 1-10, inclusive,
17
18
19
20
21       Defendants.
22
23
24
25
26
27
28

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Phubass Limsombat, Thang Quang Pham And Kathy Tram Pham ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 27, 2021

_____

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE